UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BENJAMIN P. FOREMAN,

    Petitioner

                                                          CASE NO. 13-12154

v.                                                     HONORABLE GERALD E. ROSEN

J. A. TERRIS,

    Respondent.

_____/

## **JUDGMENT**

For the reasons set forth in an opinion and order issued on this date,

**IT IS ORDERED** that the habeas petition is summarily **DISMISSED** without prejudice pursuant to Rule 4 of the Rules Governing Section 2254 Cases in the United States District Courts.

                                        s/Gerald E. Rosen
                                        Chief Judge, United States District Court

Dated: July 12, 2013

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on July 12, 2013, by electronic and/or ordinary mail.

                                        s/Julie Owens
                                        Case Manager, (313) 234-5135